FILED
JAMES J. VILT, JR. - CLERK
JUL 20 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                              Criminal Action No.: 3:22-CR-68-DJH

**HERBERT LEE**                                                             DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Special Assistant United States Attorney Emily Lantz hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*(signature)*

_____
Emily Lantz
Special Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 779-2780
Email: Emily.Lantz@usdoj.gov