UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:22CR00068-DJH

HERBERT LEE                                                                                DEFENDANT

**UNITED STATES' RESPONSE TO COURT'S ORDER FOR STATUS REPORT [DN 15]**

    Comes the United States of America, by counsel, Emily Lantz, Assistant United States Attorney for the Western District of Kentucky and responds to this Court's request for a status update. [DN 15]. The United States indicted defendant on July 20, 2022. [DN 1].

    As of the date of this report, the defendant remains in the custody of the Louisville Metro Department of Corrections awaiting trial in Jefferson Circuit Court Case No. 22-CR-1651. So long as the defendant remains in state custody, the United States has agreed to allow the Commonwealth of Kentucky to pursue its case first in recognition of the number of victims and witnesses impacted by the charges in state court. The United States has lodged a detainer on the warrant of arrest in this case. Should the Jefferson Circuit Court release the defendant (or the defendant post his current cash bond) prior to trial in state court, the United States would then assume custody. Otherwise, the United States expects to take custody of the defendant upon the conclusion of his state case.

    The defendant is next scheduled to appear before the Jefferson Circuit Court in 22-CR-1651 on January 22, 2024 for a pre-trial conference.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Emily Lantz*

_____
Emily Lantz
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911