UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                              Criminal Action No. 3:22-cr-68-DJH

HERBERT LEE,                                                                                Defendant.

* * * * *

### ORDER

The United States moves to dismiss the indictment, advising that Defendant Herbert Lee recently pleaded guilty and was sentenced in Jefferson Circuit Court on "charges stemming from the same incident that is the basis of this Indictment." (Docket No. 19, PageID.30)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the government's motion to dismiss the indictment (D.N. 19) is **GRANTED**.  The indictment is **DISMISSED** without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  This matter is **CLOSED** and **STRICKEN** from the Court's docket.

November 4, 2024

David J. Hale, Judge
United States District Court